1                    UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF NEW YORK (BROOKLYN)

3    UNITED STATES OF AMERICA,
                                        Case No. 1:23-cr-00463-EK-1
4                 Plaintiff,

5    v.                                 Brooklyn, New York
                                        November 30, 2023
6    AYLO HOLDINGS S.A.R.L.,            12:43 p.m.
     formerly known as "MindGreek
7    S.a.r.l.",

8                 Defendant.

9
                  TRANSCRIPT OF TELEPHONE CONFERENCE HEARING
10                 BEFORE THE HONORABLE ERIC R. KOMITEE
                    UNITED STATES DISTRICT COURT JUDGE
11
     APPEARANCES:
12   For the Plaintiff:               Tara McGrath, Esq.
                                      Hiral Mehta, Esq.
13                                    U.S. Attorney's Office
                                      271-A Cadman Plaza East
14                                    Brooklyn, NY 11201

15   For the Defendant:              Eric Corngald, Esq.
                                     Jeffrey Wang
16                                   Friedman Kaplan
                                     7 Times Square
17                                   New York, NY 10036-6516

18   Clerk:                          Unknown

19   Court Recorder:                 Electronic Sound Recording

20   Transcription Service:          Chris Hwang
                                     Abba Reporting
21                                   PO Box 223282
                                     Chantilly, Virginia   20153
22                                   (518) 302-6772

23

24   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
25

1       (Call to order at 12:43 p.m.)

2              THE COURT:  Hi, Drew, I'm on.

3              THE CLERK:  Yes, Judge.  Criminal cause for telephone

4       conference, docket number 23-CR-463, USA v. Aylo Holdings,

5       S.A.R.L.

6              Before I ask the counsel to state their appearances,

7       there are a few things we need to go over.  These proceedings

8       are public.  The recording and/or rebroadcasting of them are

9       not allowed.

10             We're making an audio recording of today's

11      conference, so for purposes of a clear record, please identify

12      yourself each time you speak, speak slowly, and use your device

13      when you're not speaking to eliminate background noises.

14             Counsel, please state your appearances for the record

15      beginning with the Government attorney?

16             MS. MCGRATH:  Good afternoon, Your Honor, Tara

17      McGrath for the Government and I'm joined by Hiral Mehta, also

18      for the Government.

19             MR. MEHTA:  Good afternoon, Your Honor.

20             THE COURT:  Good afternoon.

21             MR. CORNGALD:  Good morning -- good afternoon, Your

22      Honor, it's Eric Corngald and Jeffery Wang of Friedman Kaplan

23      for Aylo Holdings.

24             THE COURT:  Good afternoon to you as well.  Is that

25      everybody?

1      MR. CORNGALD:  I think so.

2      THE COURT:  Okay.  All right, so I think this case

3  was -- so first of all, thank you everybody for joining by

4  telephone, especially given that I'm interrupting your lunch

5  hour.  We have a trial going on at the moment, so we had to

6  schedule this for now.

7      I think this case was randomly assigned to me.  And I

8  took a very, very brief look at one or more filings, surely not

9  everything, and noticed two things I would say.

10      One, is that I think the Government is proposing and

11  I won't to say anything now that relates to matters filed under

12  seal.

13      Are there any filings, this is a question for the

14  Government, under seal?

15      MS. MCGRATH:  I don't believe so, Your Honor.  I

16  think we just emailed to your deputy some of the underlying

17  documents --

18      THE COURT:  Okay.

19      MS. MCGRATH:  -- that we initially, you know,

20  eventually wish to present before the Court and have entered,

21  but presently, there's just the 7(b) notice.

22      THE COURT:  Okay, so I noticed in what was sent that

23  the Government's contemplating an arrangement, let's just say,

24  which is set to last at least three years and maybe longer in

25  connection with, you know, what's been teed up so far.  That's

1  the first thing I noticed.

2          The second thing I noticed is that Mr. Corngald is

3  one of the lawyers in this case.  And I think the ABA and maybe

4  the Judicial -- the Committee on Judicial Conduct have been

5  clear that it's incumbent on me to flag relationships that

6  somebody might think reasonably would give rise to a conflict

7  even if I don't necessarily think so.

8          I don't know what I think on the subject yet, but I

9  just want to say the following for the Government's benefit,

10  which is that Mr. Corngald was a supervisor of mine in the U.S.

11  Attorney's Office and mentor to me and many, many others.  And

12  I would daresay a friend and someone I have or try to have

13  lunch or dinner with on at least a semi-regular basis.

14          None of us in life are keeping up with friends as

15  much as we would like to, but Mr. Corngald has taught a law

16  school -- guest taught a law school class that I teach.  And I

17  think the Government should presume for the sake of thinking

18  their way through the question about the -- ask that those

19  types of conduct or contact, excuse me, will continue for the

20  duration of this case.  And if that is something that you might

21  view as problematic, the sooner you raise that question, the

22  better.

23          I may raise that question on my own.  I don't know

24  yet, but I just wanted to put this out there as early as

25  possible, so that if the case is going to go another judge, we

1    don't waste an inordinate amount of time getting there.

2              Ms. McGrath, let me know if all that is clear enough,

3    if you have any questions.  At this point, I'm not asking for a

4    response here.

5              MS. MCGRATH:  Sure, thank you, Your Honor.  So that's

6    perfectly clear.  And we understand you're not asking for a

7    stop at this juncture, but we are very comfortable saying that

8    we don't see that as a conflict or certainly one that we

9    couldn't waive.

10             And we're entirely comfortable proceeding with you as

11   a judge.  Of course, we understand you'll do your own analysis,

12   but that is our position.

13             THE COURT:  Okay.  All right, I'll continue to think

14   this through.  I'm happy to hear from the Friedman Kaplan side,

15   if anybody wants to add anything here.  And otherwise, I will

16   let you all go get lunch at this point.

17             Mr. Corngald, anything from your side?

18             MR. CORNGALD:  I don't really have anything to add at

19   all, thanks.

20             THE COURT:  All right.  Thank you all and we will be

21   in touch.

22             MR. MEHTA:  Thank you, Your Honor.

23             THE COURT:  Bye.

24        (Proceedings concluded at 12:49 p.m.)

25

1                                **CERTIFICATE**

2

3

4        I, Chris Hwang, court approved transcriber, certify

5 that the foregoing is a correct transcript from the official

6 electronic sound recording of the proceedings in the above-

7 entitled matter.

8

9

10

11

12

13    _____         November 30, 2023

14    Chris Hwang                Date

15    Court Reporter

16

17

18

19

20

21

22

23

24

25