U.S.M.J. LOIS BLOOM                                    DATE: 12/21/23

# CRIMINAL CAUSE FOR PLEADING

USA -v- Aylo Holdings                     Docket No.: 23-CR-463 (BMC) (LB)

Defendant:  Aylo Holdings S.À.R.L., formerly known as "MindGeek S.à.r.l.,"
            (John Anthony Penhale, representative of)
   _X_ present   ___not present   ___custody   ___bail

Defendant's Counsel: Jeffrey Wang; Eric Corngold

   _X_ present   ___not present   ___CJA   ___LAS   ___Retained

AUSA: Genny Ngai; Hiral Mehta

Court Reporter: Jamie (lnu)

Interpreter: N/A        Language: N/A

FTR   (2:03 – 2:34)                        Reporter: N/A

_X_ Case Called
_X_ Defendant's First Appearance
_X_ Defendant: _X_ Sworn   _X_ Arraigned   _X_ Informed of Rights
_X_ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed (to be filed following the arraignment)
N/A_ Bench Warrant Issued: _____
_X_ Defendant Enters Guilty/Not Guilty Plea to 1 Count 18 U.S.C. § 1957 of the Information
_N/A_ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
      Count(s) _____ of the (Superceding) Indictment/Information
_N/A_ Court Finds Factual Basis for the Plea
_N/A_ Sentencing Set for
_N/A_ Sentencing to be Set by Probation
_N/A_ Bail/Bond: ___Set   ___Continued for Defendant   ___ Continued in Custody
_N/A_ Case Adjourned to ___/___/___ at _____
_N/A_ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer
      the allocution. A finding has been made that the plea was made knowingly and voluntarily
      and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be
      accepted.
___ Transcript Ordered
___ Other: Bail modification on consent. Request is granted. Defendant is no longer on home
detention but shall be placed on a curfew set by pretrial services.