

U.S. Department of Justice

United States Attorney
Eastern District of New York

HDM/GK/GN/TBM
F. # 2020R01135

271 Cadman Plaza East
Brooklyn, New York 11201

August 9, 2024

By E-mail

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Aylo Holdings S.à.r.l.,
              Criminal Docket. No. 23-463 (BMC)

Dear Judge Cogan:

      The government submits this letter to provide a status update regarding the Deferred Prosecution Agreement in the above-captioned case. ECF Dkt. No. 9. On August 9, 2024, Aylo Holdings S.à.r.l. formally retained Scott Hutchinson and Danielle Robitaille of Henein Hutchinson Robitaille LLP to serve as independent compliance monitors in this case. Accordingly, the three-year term of the Deferred Prosecution Agreement begins as of today. Id. ¶ 2.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Hiral Mehta
       Hiral Mehta
       Gillian Kassner
       Genny Ngai
       Tara B. McGrath
       Assistant U.S. Attorneys
       (718) 254-6000

cc:  Clerk of the Court (BMC) (via ECF and E-Mail)
     Counsel of Record (via ECF and E-Mail)